FILED
FEB 23 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.** **Criminal Case No.: 5:23-MJ-22**

**DENNIS D. CHAPMAN, aka "KOBE,"**

**Defendant.**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Randall A. Vogler, being duly sworn, depose and states as follows:

1. On February 23, 2023, at approximately 10:58 a.m., United States Probation Officer Rick Szeligo contacted Marshall County Drug Task Force ("MCDTF") Task Force Officer ("TFO") Keith McCallen and stated he was at 2300 7th St. Lot 46 Moundsville, West Virginia, conducting an unannounced home inspection of Dennis Chapman's trailer. Chapman is on federal supervision. Chapman and his girlfriend Kristen Sibert were present at the residence. Probation Officer Szeligo stated he located a white powdery substance (9 grams), scales, suspected cutting agents, and clear sandwich baggies. All these items were in a black bag inside the trailer. Probation also located a 9mm handgun in Sibert's purse. TFO McCallen responded to the trailer and observed the cocaine and scales. TFO McCallen also detected an odor of marijuana inside the trailer. Officer's detained Chapman and Sibert at the trailer while TFO McCallen applied for a search warrant. The white powdery substance was later field tested and it gave a presumptive indication for cocaine.
2. TFO McCallen then obtained a search warrant for the residence from the Marshall County Magistrates office.
3. At approximately 12:15 p.m., TFO McCallen returned to the trailer with the signed search

warrant and conducted a further search. Officers located a small safe in the trailer. Chapman and Sibert stated they did not have the key to the safe. Chapman and Sibert were Mirandized.

4. The safe was forcibly opened by TFO Lemon. The safe contained a Glock 26, 9mm, serial number BUZK340, a clear baggie containing a light brown powder which appeared to be fentanyl (46 grams), and $1,520 in United States Currency. The firearm had 9mm rounds in the magazine and one in the chamber. Chapman stated the items in the safe were his. The firearms, drugs, and several cell phones were taken as evidence. TFO McCallen asked Chapman what the light brown powder substance was, and he stated he didn't know, but he suggested not touching it without gloves. This light brown powder was later field tested and gave a presumptive indication for fentanyl.

5. Based on the foregoing, Task Force Officers have probable cause to believe that on February 23, 2023, in Marshall County, in the Northern District of West Virginia, Dennis D. Chapman, aka "Kobe," did unlawfully, knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**OATH**

I swear and affirm under penalty of perjury that the information in this affidavit is true to the best of my knowledge and belief.

Randall A. Vogler
Task Force Officer
Marshall County Drug Task Force

Subscribed and sworn to before me on this 23rd day of February 2023.

James P. Mazzone
United States Magistrate Judge
Northern District of West Virginia